■ LINA RUEBENACKER, Individually and as Executrix of FERDINAND RUEBENACKER, Deceased, Respondent, v. RALPH S. PREGER et al., Appellants. In the Matter of the Estate of FERDINAND RUEBENACKER, Deceased. LINA RUEBENACKER, as Executrix of FERDINAND RUEBENACKER, Deceased, Respondent; RALPH S. PREGER et al., Appellants.— In an action to recover damages resulting from a contract executed by the deceased, defendants appeal from (1) an order of the Supreme Court, Queens County, entered April 27, 1965, which granted the executrix' motion to transfer the action to the Surrogate's Court, Queens County, pursuant to CPLR 325 (subd. [d]); and (2) an order of the Surrogate's Court, Queens County, entered March 16, 1965, consenting to the transfer thereof. Order, entered April 27, 1965, affirmed, with $20 costs and disbursements. No opinion. Appeal from order entered March 16, 1965 dismissed, without costs (CPLR 5701). This order is merely the prerequisite to the making of the dispositive transfer motion pursuant to CPLR 325 (subd. [d]); by itself it disposes of nothing and affects no substantial right. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ ENCANNACION SOTO, Appellant, v. JOSEPH MASCHLER, Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from so much of an order of the Supreme Court, Kings County, entered August 17, 1964, as denied her motion for a special preference in trial. Order, insofar as appealed from, reversed, without costs; motion for special preference granted; and action remitted to the Special Term for entry of an appropriate order. Plaintiff is 70 years old and, in the uncontroverted opinion of her physician, will not survive the waiting period caused by the calendar delay in Kings County. Under the facts, we are of the opinion that the desired preference should have been granted. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ JERRY SPIEGEL, Respondent, v. ROBERT J. FLYNN et al., Constituting the Town Board of the Town of Huntington, et al., Appellants.— In an action by a landowner to declare the nullity of the Zoning Ordinance of the Town of Huntington insofar as it places plaintiff's property partly in a residential, and partly in an industrial, district, and for injunctive relief, the defendants appeal, by permission of the Supreme Court, Suffolk County, from so much of an order of that court, entered March 30, 1965, as denied their motion to renew, on additional facts, their prior motion to strike out as prejudicial certain allegations in the complaint. Order, insofar as appealed from, affirmed, without costs. We do not pass on the weight of the evidence to be adduced at the trial. Christ, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.